ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

MARK RAYMOND EASLEY,

     Petitioner,

     v.

JIM MACDONALD, Warden, et al.,

     Respondents.

)
)
)
)
)
)
)
)
)
)

Case No.  CV 12-09989 DDP (AN)

JUDGMENT

     IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _____December 20_____, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE